**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1951**

MICHAEL MCCLOUD,

                    Plaintiff - Appellant,

          v.

A. M. FUNAIOCK,

                    Defendant - Appellee,

          and

KAREN N. HENDERSON,

                    Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  John A. Gibney, Jr., District Judge.  (4:15-cv-00005-JAG-LRL)

Submitted:  January 19, 2017        Decided:  January 27, 2017

Before WILKINSON, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael McCloud, Appellant Pro Se.  Adonica Baine, Darlene P. Bradberry, Christopher Michael Midgley, OFFICE OF THE CITY ATTORNEY, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael McCloud appeals the district court's orders dismissing his civil action with prejudice under Fed. R. Civ. P. 41(a)(2) and taxing costs. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McCloud v. Funaiock, No. 4:15-cv-00005-JAG-LRL (E.D. Va. July 1, 2016; June 20, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED